UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

In Re:

Straffi v. Mohan Varkey Panamdanam

Case No.: 23-15552/MEH

Adv. Pro. No.: 25-01140/MEH

Chapter: 7

Hearing Date: 6/18/25

Judge: MEH

**ADJOURNMENT REQUEST**

1. I, Daniel E. Straffi,

☒ am the attorney for: Trustee,

☐ am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Pretrial Hearing

Current hearing date and time: 6/18/25 at 3:00 pm

New date requested: 8/20/25 at 3: 00 pm

Reason for adjournment request: Additional time is needed to effectuate service of complaint.

2. Consent to adjournment:

☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 6/17/25 ______________________ Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 8/28/2025 at 3:00 p.m. ☐ Peremptory

☐ Granted over objection(s) New hearing date: ____________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*