# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In the matter of:**

CROWN LIFESTYLES, INC.

**Debtor**

Daniel E. Straffi, Trustee

**Plaintiff(s)**

**v.**

Mohan Varkey Panamdanam

**Defendant(s)**

**Case No.** 23-15552

**Adversary No.** 25-1140

**Judge:** Hall

## ALIAS SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk | US Bankruptcy Court<br>402 E. State Street<br>Trenton, NJ 08608 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| | |
|---|---|
| Name and Address<br>of Plaintiff's Attorney | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 0875 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address US Bankruptcy Court<br>402 E. State Street<br>Trenton, NJ 08608 | Courtroom<br>2<br>Date and Time<br>August 28, 2025 AT 3:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Jeanne A Naughton, Clerk

Date: June 27, 2025

By: Linda Brakel
Deputy Clerk

**Pursuant to D.N.J. LBR 9019-2, Mediation: Procedures, there is a presumption of mediation in all adversary proceedings. For more information regarding the mediation program see the related Local Rules and forms on the Court's web site, njb.uscourts.gov/mediation.**

*rev.1/4/17*