**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
Attorney for Trustee

Daniel E. Straffi

| | |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Crown Lifestyles, Inc. | |
| Debtor. | Chapter 7 Proceeding<br>Case No. 22-15552/MEH |
| Daniel E. Straffi, Trustee | Adv. Pro. No. 25-01140/MEH |
| Plaintiff, | |
| v. | |
| Mohan Varkey Panamdanam | **CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT** |
| Defendant(s). | |

Daniel E. Straffi, Esq. hereby certifies as follows:

1. The Alias Summons, Complaint and Notice of Pretrial in the within matter was served on defendant, Mohan Varkey Panamdanam on July 8, 2025 by regular mail, postage prepaid. Copy of the letter(s) is annexed as Exhibit "A".

2. I certify that the foregoing statement(s) made by me are true. I am aware that if any of the foregoing statement(s) made by me are willfully false, I am subject to punishment.

Dated: 7/8/25

DANIEL E. STRAFFI, ESQ.
Attorney for Plaintiff

STRAFFI & STRAFFI
ATTORNEYS AT LAW

DANIEL E. STRAFFI, ESQ.
bktrustee@straffilaw.com

670 COMMONS WAY
TOMS RIVER, NJ 08755
T: (732) 341-3800
F: (732) 341-3548
www.straffilaw.com
infodocuments@straffilaw.com

DANIEL E. STRAFFI, JR, ESQ.*
familyclient@straffilaw.com
bkclient@straffilaw.com

* R. 1:40 Qualified Mediator

***Via Regular Mail***

July 8, 2025

Mohan Varkey Panamdanam
3325 Daylight Drive
Little Elm, TX 75068

Re: Crown Lifestyles, Inc.
Case No: 23-15552/MEH
Straffi v. Panamdanam
Adv. No: 25-01140/MEH

Dear Sir or Madam:

In connection with the above matter, enclosed please find the following documents:

(1) Alias Summons and Notice of Pretrial Conference;
(2) Pretrial Instructions;
(3) Complaint;
(4) Mediation Order; and
(5) Joint Order Scheduling Pretrial Proceedings and Trial.

Please be advised that the Pretrial Hearing in the above matter is scheduled for **August 28, 2025** at **3:00** p.m.

Please mark your calendar accordingly.

Very truly yours,

Daniel E. Straffi

DES:jmr
Enclosures

Cc: Rodney Nelson, Esq. w/ enc.

EXHIBIT
A

STRAFFI & STRAFFI
ATTORNEYS AT LAW

DANIEL E. STRAFFI, ESQ.
bktrustee@straffilaw.com

670 COMMONS WAY
TOMS RIVER, NJ 08755
T: (732) 341-3800
F: (732) 341-3548
www.straffilaw.com
infodocuments@straffilaw.com

DANIEL E. STRAFFI, JR, ESQ.*
familyclient@straffilaw.com
bkclient@straffilaw.com

* R. 1:40 Qualified Mediator

***Via Regular Mail***

July 8, 2025

Mohan Varkey Panamdanam
621 Calliopsis St.
Little Elm, TX 75068-4978

Re: Crown Lifestyles, Inc.
Case No: 23-15552/MEH
Straffi v. Panamdanam
Adv. No: 25-01140/MEH

Dear Sir or Madam:

In connection with the above matter, enclosed please find the following documents:

(1) Alias Summons and Notice of Pretrial Conference;
(2) Pretrial Instructions;
(3) Complaint;
(4) Mediation Order; and
(5) Joint Order Scheduling Pretrial Proceedings and Trial.

Please be advised that the Pretrial Hearing in the above matter is scheduled for **August 28, 2025 at 3:00** p.m.

Please mark your calendar accordingly.

Very truly yours,

Daniel E. Straffi

DES:jmr
Enclosures

Cc: Rodney Nelson, Esq. w/ enc.

STRAFFI & STRAFFI
ATTORNEYS AT LAW

DANIEL E. STRAFFI, ESQ.
bktrustee@straffilaw.com

670 COMMONS WAY
TOMS RIVER, NJ 08755
T: (732) 341-3800
F: (732) 341-3548
www.straffilaw.com
infodocuments@straffilaw.com

DANIEL E. STRAFFI, JR, ESQ.*
familyclient@straffilaw.com
bkclient@straffilaw.com

* R. 1:40 Qualified Mediator

***Via Regular Mail***

July 8, 2025

Mohan Varkey Panamdanam
12575 Nandina Ln.
Frisco, TX 75035-0196

Re: Crown Lifestyles, Inc.
Case No: 23-15552/MEH
Straffi v. Panamdanam
Adv. No: 25-01140/MEH

Dear Sir or Madam:

In connection with the above matter, enclosed please find the following documents:

(1) Alias Summons and Notice of Pretrial Conference;
(2) Pretrial Instructions;
(3) Complaint;
(4) Mediation Order; and
(5) Joint Order Scheduling Pretrial Proceedings and Trial.

Please be advised that the Pretrial Hearing in the above matter is scheduled for **August 28, 2025** at **3:00** p.m.

Please mark your calendar accordingly.

Very truly yours,

Daniel E. Straffi

DES:jmr
Enclosures

Cc: Rodney Nelson, Esq. w/ enc.